712

Commonwealth *v.* Mazzoccoli, Appellant.

Before WESSEL, JR., J.

Argued November 24, 1975. *R. Barrett,* with him *John B. Yoedt,* for appellant; *Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth, Appellant, *v.* Miller.

Before STRANAHAN, P. J.

Argued November 20, 1975. *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellant; *W. Reindorff,* with him *Joseph P. Valentino,* and *Routman, Moore, Goldstone & Valentino,* for appellee.

Order affirmed.